UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KRISTI NICHELLE BANNER,**

        **Plaintiff,**      :

v.                              Case No. 2:24-cv-2479
                                  Judge Sarah D. Morrison
                                  Magistrate Judge Chelsey M.
**POSTMASTER GENERAL LOUIS**       Vascura
**DEJOY,** *et al.***,**              :

        **Defendants.**

## ORDER

    This matter is before the Court on the May 24, 2024 Report and Recommendation issued by the Magistrate Judge. (ECF No. 4.) After performing an initial screen of the Complaint (ECF No. 3) pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court permit Ms. Banner to proceed on her race and sex discrimination claims against Postmaster General DeJoy, in his official capacity, and that the Court dismiss all other claims set forth in the Complaint for failure to state a claim upon which relief may be granted.

    The time for filing objections has passed, and no objections have been filed. The Court thus **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 4). Accordingly, Ms. Banner may **PROCEED** on her race and sex discrimination claims against Postmaster General DeJoy in his official capacity. The balance of her claims, including all claims against Larry Allen and the individual-capacity claims against Postmaster General DeJoy, are **DISMISSED**.

    **IT IS SO ORDERED.**

                                            /s/ Sarah D. Morrison
                                            **SARAH D. MORRISON**
                                            **UNITED STATES DISTRICT JUDGE**